FILED

APR 26 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORT ADLER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ROBERT A. KRASNEY, Attorney at Law d/b/a EXPRESS EVICTIONS; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendant. | Case No.: 3:17-cv-01043-BEN-NLS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Doc. No. 9] |

　　Having read and considered the Joint Motion for Dismissal of Entire Case filed by Plaintiff MORT ADLER ("Plaintiff") and Defendant ROBERT A. KRASNEY, Attorney at Law d/b/a EXPRESS EVICTIONS ("Defendant"), and good cause appearing,

**IT IS HEREBY ORDERED:**

　　The parties' Joint Motion for an Order dismissing the entire case with prejudice is hereby **GRANTED**. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: April 25, 2018

HON. ROGER T. BENITEZ
United States District Judge

1

3:17-cv-01043-BEN-NLS